■ LAKE HILLS ACREAGE, INC., Respondent, v. ANTHONY GRILLO, Appellant.— In an action by a vendee for specific performance of a contract to sell real property, defendant appeals from a judgment of the Supreme Court, Suffolk County, entered November 16, 1973, which directed him to specifically

perform the contract. The appeal brings up for review an order of the same court, dated October 4, 1973, which granted plaintiff's motion for summary judgment and upon which the judgment was made. Order and judgment reversed, with $20 costs and disbursements, and motion denied. In our opinion, the affidavits raised issues of fact which should be resolved on a trial. Hopkins, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.